| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chen, Edward M. | U.S. District Court, N.D. Cal. | 7/31/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 1/1/2011 to 12/31/2011 |

**7. Chambers or Office Address**

U.S. Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Employee | Trust #2 |
| 2. Trustee | Trust #2 |
| 3. Trustee | Trust #3 |
| 4. Trustee | Trust #4 |
| 5. Trustee | Trust #5 |
| 6. Trustee | Trust #8 |
| 7. Trustee | Trust #16 |
| 8. Trustee | Trust #17 |
| 9. Trustee | Trust #18 |
| 10. Officer & Director | Realty Co. #1 |
| 11. Manager | Limited Liability Co. #1 |
| 12. Manager | Limited Liability Co. #2 |
| 13. Manager | Limited Liability Co. #3 |
| 14. Manager | Limited Liability Co. #4 |
| 15. Manager | Limited Liability Co. #5 |
| 16. Manager | Limited Liability Co. #6 |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 7/31/2012 |

17. Manager                                             Limited Liability Co. #7

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ]    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1991 | ACLU Employees - Defined Benefit Pension Plan, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Chen, Edward M. | 7/31/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2011 | Trust #2 (salary) | $23,436.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2011 | Classic Resorts; commission from condominium rental |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 7/31/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Savings Bank | Mortgage on condominium investment | N |
| 2. | Wells Fargo Bank | Mortgage on condominium investment | M |
| 3. | Wells Fargo Bank | Mortgage on condominium investment | N |
| 4. | American Savings Bank | Co-signer on mortgage condominium investment | O |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 7/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Trust #2 (Trustee) | A | Rent | P1 | U | | | | | |
| 2. | | | Interest | | | | | | | |
| 3. | -Interfamily note (from Trust #8) | | | | | | | | | |
| 4. | -Shares of Cooperative Apartment (San Francisco, CA) | | | | | | | | | |
| 5. | -Bank of America (accounts) | | | | | | | | | |
| 6. | -First Republic Bank (account) | | | | | | | | | |
| 7. | -Sterling Bank & Trust (account) | | | | | | | | | |
| 8. | -Aegon NV stock | | | | | | | | | |
| 9. | -Hilton Hotels stock | | | | | | | | | |
| 10. | -California State bonds | | | | | | | | | |
| 11. | -Gateway Bank | | | | | | | | | |
| 12. | -R.E. Loans, LLC (account) | | | | | | | | | |
| 13. | -East-West Bank (accounts) | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | Limited Liability Company #1 | G | Rent | P1 | U | | | | | |
| 16. | | | Interest | | | | | | | |
| 17. | -Commercial Building #9 (San Francisco, CA) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other : | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 7/31/2012 |

## VII. INVESTMENTS and TRUSTS  -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Commercial Building #10 (San Francisco, CA) | | | | | | | | | |
| 19. -Bank of America (accounts) | | | | | | | | | |
| 20. -First Republic Bank (account) | | | | | | | | | |
| 21. -Sterling Bank & Trust (account) | | | | | | | | | |
| 22. -East-West Bank (account) | | | | | | | | | |
| 23. -Commercial Condominium (San Francisco) | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. Limited Partnership #3 | A | Rent | N | U | | | | | |
| 26. | | Interest | | | | | | | |
| 27. -Commercial Property #3 (San Francisco, CA) | | | | | | | | | |
| 28. -Bank of America (accounts) | | | | | | | | | |
| 29. -First Republic Bank (account) | | | | | | | | | |
| 30. -Condominium #1 (Kohala Coast, HI) | | | | | | | | | |
| 31. -El Dorado Hospitality, LLC | | | | | | | | | |
| 32. -Commercial Property (Salt Lake City, UT) | | | | | | | | | |
| 33. -Sterling Bank & Trust (account) | | | | | | | | | |
| 34. -Gateway Bank (account) | | | | | Open | 02/14/11 | M | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 7/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Limited Partnership #5 | E | Rent and | N | U | | | | | |
| 37. | | Interest | | | | | | | |
| 38. -Commercial Property #4 (Sacramento, CA) | | | | | | | | | |
| 39. -Bank of America (accounts) | | | | | | | | | |
| 40. -First Republic Bank (account) | | | | | | | | | |
| 41. -East-West Bank (account) | | | | | | | | | |
| 42. -Gateway Bank (account) | | | | | | | | | |
| 43. -Limited Liability Company #2 | | | | | | | | | |
| 44. -Commercial Property #8 (San Rafael, CA) | | | | | | | | | |
| 45. -Bank of America (account) | | | | | | | | | |
| 46. -Wells Fargo Bank (account) | | | | | | | | | |
| 47. -First Republic Bank (account) | | | | | | | | | |
| 48. -Sterling Bank & Trust (account) | | | | | | | | | |
| 49. -East-West Bank (account) | | | | | | | | | |
| 50. -Gateway Bank (account) | | | | | Open | 02/14/11 | M | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 7/31/2012 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Limited Liability Co. #5 ▨▨▨, ▨▨ | F | Rent and | N | U | | | | | |
| 53. | | Interest | | | | | | | |
| 54. -Commercial Property #1 (San Francisco, CA) | | | | | | | | | |
| 55. -Bank of America (accounts) | | | | | | | | | |
| 56. -First Republic Bank (account) | | | | | | | | | |
| 57. -Sterling Bank & Trust (account) | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. Limited Liability Co. #3 ▨▨▨▨ | E | Rent | O | U | | | | | |
| 60. | | Interest | | | | | | | |
| 61. -Commercial Property #7 (Sacramento, CA) | | | | | | | | | |
| 62. -Bank of America (accounts) | | | | | | | | | |
| 63. -First Republic Bank (account) | | | | | | | | | |
| 64. -Limited Liability Company #2 ▨▨▨▨ | | | | | | | | | |
| 65. -East-West Bank (account) | | | | | | | | | |
| 66. -Sterling Bank & Trust (account) | | | | | | | | | |
| 67. -Gateway Bank (account) | | | | | Open | 09/21/11 | M | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 7/31/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Realty Co. #1 (stock) | A | Dividend | N | U | | | | | |
| 70. | | Distribution | | | | | | | |
| 71. -Bank of America (accounts) | | | | | | | | | |
| 72. -Sterling Bank & Trust (account) | | | | | | | | | |
| 73. -East-West Bank (account) | | | | | | | | | |
| 74. -Note | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. Bay Area Hotel Associates Limited Partnership | D | Dividend | J | W | | | | | |
| 77. | | | | | | | | | |
| 78. Life Insurance Policies - New York Life Ins. Co. | A | Interest | J | T | | | | | |
| 79. | | | | | | | | | |
| 80. Trust #4 (Trustee only) | A | Rent | O | U | | | | | |
| 81. | | Interest | | | | | | | |
| 82. -Limited Partnership #3 | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. -Limited Partnership #5 | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 7/31/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Limited Liability Company #1 | | | | | | | | | |
| 87. -Limited Partnership #1 | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. -Limited Liability Co. #5 | | | | | | | | | |
| 90. -Bank of America (accounts) | | | | | | | | | |
| 91. -Limited Liability Company #7 | | | | | | | | | |
| 92. -Commercial Property #8 (Sacramento, CA) | | | | | | | | | |
| 93. -Bank of America (accounts) | | | | | | | | | |
| 94. -Gateway Bank (account) | | | | | | | | | |
| 95. -Sterling Bank & Trust (account) | | | | | | | | | |
| 96. -Limited Liability Company #3 | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. -Sterling Bank & Trust (account) | | | | | | | | | |
| 99. -First Republic Bank (accounts) | | | | | | | | | |
| 100. -El Dorado Hospitality, LLC | | | | | | | | | |
| 101. -BST Hospitality, LLC | | | | | | | | | |
| 102. -Bank of America (account) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 7/31/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -East-West Bank (account) | | | | | | | | | |
| 104. -Commercial Condominium (San Francisco) | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. Trust #5 (Co-Trustee only) | A | Rent | O | U | | | | | |
| 107. | | Interest | | | | | | | |
| 108. -Limited Liability Company #3 | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. -Limited Liability Company #7 | | | | | | | | | |
| 111. -Limited Partnership #2 | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. -Commercial Property #2 (San Francisco, CA) | | | | | | | | | |
| 114. -Bank of America (accounts) | | | | | | | | | |
| 115. -First Republic Bank (account) | | | | | | | | | |
| 116. -Sterling Bank & Trust (account) | | | | | | | | | |
| 117. -R.E. Loans, LLC (account) | | | | | | | | | |
| 118. -Morgan Stanley Note | | | | | | | | | |
| 119. -East-West Bank (accounts) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 7/31/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Gateway Bank (accounts) | | | | | | | | | |
| 121. -Bank of America (account) | | | | | | | | | |
| 122. -Sterling Bank & Trust (account) | | | | | | | | | |
| 123. -First Republic Bank (account) | | | | | | | | | |
| 124. -Gateway Bank (account) | | | | | | | | | |
| 125. -East-West Bank (account) | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. Merrill Lynch - IRA | A | Dividend | M | T | | | | | |
| 128. -Account - Merrill Lynch | | | | | | | | | |
| 129. -Calvert Social Investment Fund Balanced Portfolio | | | | | | | | | |
| 130. -Calvert Global Alt | | | | | | | | | |
| 131. -Davis NY Venture Fund B | | | | | | | | | |
| 132. -Ariel Appreciation Fund | | | | | | | | | |
| 133. -Columbia International Stock Fund | | | | | | | | | |
| 134. -Franklin U.S. Government Series Class A | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. Merrill Lynch - IRA | A | Dividend | K | T | . | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 7/31/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Account - Merrill Lynch | | | | | | | | | |
| 138. -Calvert Social Investment Fund Balanced Portfolio | | | | | | | | | |
| 139. -Calvert Global Alt | | | | | | | | | |
| 140. -Davis NY Venture Fund B | | | | | | | | | |
| 141. -Ariel Appreciation Fund | | | | | | | | | |
| 142. -Columbia International Stock Fund | | | | | | | | | |
| 143. -Franklin U.S. Government Series Class A | | | | | | | | | |
| 144. Lincoln Financial Group (403(b)) | A | Dividend | K | T | | | | | |
| 145. - LVIP UBS Global Asset Allocation | | | | | | | | | |
| 146. -LVIP Delaware Social Awareness | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. Bank of America (accounts) | E | Interest | M | T | | | | | |
| 149. | | | | | | | | | |
| 150. Sterling Bank & Trust (accounts) | A | Interest | K | T | | | | | |
| 151. | | | | | | | | | |
| 152. First Republic Bank (accounts) | C | Interest | M | T | | | | | |
| 153. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 7/31/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Trust #3 (Revocable trust - all income and assets | | | | | | | | | |
| 155. already reported herein) | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. Trust #8 (Trustee only) | | | | | Closed | 12/31/10 | P1 | A | Trust #8 terminated and |
| 158. (mistakenly omitted from 2010 Report) | | | | | | | | | distributed to |
| 159. | | | | | | | | | (1) Trust #16, |
| 160. | | | | | | | | | (2) ▒▒▒▒ ▒▒▒▒ |
| 161. | | | | | | | | | (3) ▒▒▒▒▒ |
| 162. | | | | | | | | | (4) ▒▒▒▒▒▒ |
| 163. | | | | | | | | | Supplemental Trust, |
| 164. | | | | | | | | | (5) ▒▒▒▒▒ ▒▒▒ |
| 165. | | | | | | | | | |
| 166. Trust #16 (Trustee only) | | | | | Open | 12/31/10 | P1 | | |
| 167. (mistakenly omitted from 2010 Report) | | | | | | | | | |
| 168. -Limited Partnership #2 ▒▒▒▒▒ ▒▒▒▒ | | | | | | | | | |
| 169. ▒▒▒▒ ▒▒▒▒ | | | | | | | | | |
| 170. -Bank of America (account) | | | | | Open | 01/10/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 7/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. Limited Liability Co. #4 | D | Rent and | M | U | | | | | |
| 173. | | Interest | | | | | | | |
| 174. -Limited Partnership #1 | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. -Limited Partnership #2 | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. -Limited Partnership #3 | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. -Limited Partnership #5 | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. -Bank of America (account) | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. Condominium #2 (Kohala Coast, HI) | A | Rent | M | W | | | | | |
| 185. | | | | | | | | | |
| 186. Condominium #3 (Kohala Coast, HI) | A | Rent | K | W | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 7/31/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Condominium (Honolulu, HI) | A | Rent | M | W | | | | | |
| 189. | | | | | | | | | |
| 190. Limited Liability Co. #6 ▓▓▓▓ | E | Rent | M | U | | | | | |
| 191. | | Interest | | | | | | | |
| 192. -Condominium #4 (Kohala Coast, HI) | | | | | | | | | |
| 193. -Provident Credit Union (account) | | | | | | | | | |
| 194. -Ally Bank (account) | | | | | | | | | |
| 195. -Bank of America (accounts) | | | | | | | | | |
| 196. -First Republic Bank (accounts) | | | | | | | | | |
| 197. -East-West Bank (account) | | | | | | | | | |
| 198. -Condominium #5 (Maui, HI) | | | | | | | | | |
| 199. -Commercial Condominium (San Francisco) | | | | | | | | | |
| 200. -Sterling Bank (account) | | | | | Open | 10/25/11 | M | | |
| 201. | | | | | | | | | |
| 202. Limited Liability Co. #7 ▓▓▓▓ | A | Rent | P1 | U | | | | | |
| 203. (Manager only) | | Interest | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 7/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. BST Hospitality, LLC | A | Dividend | N | U | | | | | |
| 206. | | | | | | | | | |
| 207. Trust #17 | A | Interest | K | U | Open | 02/20/11 | K | | |
| 208. -East-West Bank (account) | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. Trust #18 | A | Interest | K | U | Open | 02/20/11 | K | | |
| 211. -East-West Bank (account) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 7/31/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 7/31/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward M. Chen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544